**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**ERNEST CUMMINGS,**

Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY,**

Defendant.

CASE NO. 3:25 CV 2090

JUDGE JAMES R. KNEPP II

**MEMORANDUM OPINION AND ORDER**

Plaintiff Ernest Cummings seeks judicial review of an adverse social security decision under 42 U.S.C. § 405(g). This case was referred to Magistrate Judge Amanda M. Knapp for a Report and Recommendation ("R&R") under Local Civil Rule 72.2(b)(1). Judge Knapp recommends this Court vacate the Commissioner's final decision and remand this case for further proceedings. (Doc. 10).

Under the relevant statute:

> Within fourteen days after being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984) (citing *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981)).

In this case, the deadline for objections has passed and no party has filed an objection.

Despite the lack of objections, the Court has reviewed Judge Knapp's R&R, and agrees with the findings and recommendation therein. Therefore, the Court ADOPTS Judge Knapp's R&R (Doc. 10) as the Order of this Court. The Court VACATES the Commissioner's final decision and REMANDS the case for further proceedings. Specifically, as set forth in the R&R, on remand, the ALJ should clearly articulate the rationale supporting her residual functional capacity and past relevant work findings, ensure those findings are supported by substantial evidence, and ensure her stated rationale builds an accurate and logical bridge between the evidence and the result. *Id.* at 21.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026